UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AIDAVEL LOZANO LAIGO,

              Plaintiff,

    v.

UNITED STATE COURT OF APPEAL NINTH
CIRCUIT COURT,

              Defendant.

CASE NO. 05-1437C

MINUTE ORDER

      The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

      The Court hereby ORDERS Plaintiff to SHOW CAUSE by Friday, September 9, 2005, at 4:30 p.m. why the Court should not dismiss this action for failure to comply with Fed. R. Civ. P. 8(a) or under Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted.  Pursuant to Rule 8(a), the complaint must include a *plain* statement of the claim showing that the pleader is entitled to relief.   The Court directs that Plaintiff respond to this Show Cause Order by submitting an amended complaint.  While Plaintiff need not set forth a complete and convincing picture of the alleged wrongdoing in this amended complaint, she must *at least* set forth enough legal and factual details so as to provide Defendant and the Court with a fair idea of the basis of the complaint.

      DATED this 22nd day of August, 2005.

BRUCE RIFKIN, Clerk of Court

By   /s/ L. Simle            
              Deputy Clerk

MINUTE ORDER – 1